UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHAEL ASAMOAH,**

        Plaintiff,                           Case No. 2:21-cv-4026
    v.                                    JUDGE EDMUND A. SARGUS, JR.
                                                 Magistrate Judge Kimberly A. Jolson

**THE SYGMA NETWORK, INC.,**
*et al.*,

        Defendants.

**OPINION AND ORDER**

      This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 19, 2021.  (ECF No. 3).  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the Court **DENIES** Plaintiff's motion for leave to proceed in forma pauperis and **DISMISSES** this action for want of prosecution.

      IT IS SO ORDERED.

<u>**9/10/2021**</u>                                             <u>s/Edmund A. Sargus, Jr.         </u>
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**